# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **In Re** <br> **Daniel H. WILSON** <br> **Colonel (O-6)** <br> **U.S. Marine Corps** <br>       **Petitioner** | **NMCCA NO. 201800022** <br><br> **Special Panel 2** <br><br><br> **ORDER** |
| **UNITED STATES** <br>       **Respondent** | *Denying Petition as Moot* |

On 6 November 2019, the Court ordered the Government to provide a Status Update, to which the Government responded, indicating that Petitioner is no longer in confinement.

Accordingly, it is, this 29th day of November 2019,

**ORDERED:**

That the Petition for Extraordinary Relief in the Nature of a Writ of Habeas Corpus is **DENIED AS MOOT**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
NMCCA (51.2)
Catherine M Cherkasky, Esq.
45 (LT Rosinski)
46 (LCDR Ceder)
02